## GENERAL COURT, OCTOBER TERM, 1799.

### James M‘Creery's Lessee *vs.* Wilson.

Ejectment for lot No. 106 in the city of Baltimore, in that part of the said city called Fell's Point. The following *statement of facts* was agreed upon and submitted for the court's opinion thereon, viz. *Benjamin Nelson* being seised in fee simple of two lots of ground in the town of Baltimore, viz. No. 46 and No. 106, died intestate, leaving two daughters *Elizabeth* and *Susanna,* his heiresses, to whom the said lots descended in coparcenary. That *Elizabeth,* one of the said daughters, intermarried with one *John Pannell.* That on the 18th of August 1789, *Pannell* and wife, and *Susanna* the other daughter, executed a deed of partition of the said lots, by which lot No. 46 was allotted to *Pannell* and wife, and lot No. 106 to *Susanna,* to hold to them, and their heirs respectively, the said respective lots in severalty. That the said *Susanna* afterwards intermarried with *Thomas M‘Creery,* who then was a subject of the king of Great Britain. That on the 6th of November 1793, the said *M‘Creery* and wife, by deed of bargain and sale, duly executed, acknowledged and recorded, for a valuable consideration in money, conveyed the said lot No. 106 to one *James Beaman,* and his heirs, in fee simple. That the said *Beaman* entered, and afterwards on the same day, by deed of bargain and sale, &c. conveyed the said lot to the said *Thomas M‘Creery,* and his heirs, in fee simple. That the said *Susanna* died on or about the 1st of July 1794, and that the said *M‘Creery,* in order to become a citizen of Maryland, and to become naturalized according to the act of assembly in such case made and provided, on the 30th of September, 1795, took the oath, and repeated and signed a declaration of his belief in the christian religion,

as mentioned and set forth in the preceding action between John *M'Creery's* lessee and *Joseph Allender.* That the said *Thomas M'Creery* entered into the said lot, under the said deed from the said *Beaman*, and continued possessed thereof until the time of his death, which happened on or about the 23d of February 1796, That he made his will on the 18th of January 1796, and devised the said lot to his brother *James M'Creery*, the lessor of the plaintiff, as set forth in the above mentioned case. That the said *James M'Creery*, the devisee in the said will, and lessor of the plaintiff, was at the time of the death of the said *Thomas*, and yet is, an alien, and subject of the king of Great Britain.

Oct. 1799.

M'Creery's Lessee vs. Wilson.

*Martin*, (Attorney General,) for the plaintiff.
*Winchester*, for the defendant.

THE GENERAL COURT gave judgment, on the statement of facts, for the plaintiff, for possession and costs.